AO 91 (Rev. 5/95) Criminal Complaint

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V** | |
| **FALCON-ZACARIAS, MARTHA** | CASE NUMBER: 1:20-**PO 009** |
| A 213 547 800 | |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___02/14/2020___ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by willful concealment of a material fact, and in furtherance of such violation presented a United States Passport Card and declared to be a United States citizen,

in violation of Title ___8___ United States Code, Section(s) _____1325 (a)(3)_____.

I further state that I am a (n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Brownsville Matamoros International Bridge in Brownsville, Texas. The defendant presented a United States Passport Card and a United States Birth Certificate from the state of Texas both bearing the name of Lizbeth Lopez-Gamboa and further claimed to be said person to a U.S. Customs and Border Protection Officer. In Customs and Border Protection secondary it was determined that the defendant is not the owner of the documents presented.  The defendant was determined to be a citizen and national of Mexico with no legal status to enter and/or be in the United States.

Continued on the attached sheet and made a part hereof: ____**Yes**   **X No**

/s/
_____
**Jimmy R. Oetjen CBPEO**
Signature of Complainant

Sworn to before me and subscribed in my presence,

**February 16, 2020**                    at          **BROWNSVILLE, TEXAS**
Date                                                                      City and State

**IGNACIO TORTEYA III, U.S.MAGISTRATE JUDGE** _____
Name & Title of Judicial Officer                              Signature of Judicial Officer